United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DeRail Green,<br>*Plaintiff*,<br><br>V.<br><br>Experian Information Solutions, Inc.,<br>*Defendant*. | CIVIL ACTION NO. 4:25cv2159 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 20, 2025, (Dkt. 24) and no party having filed objections thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this __8th__ day of July, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE